CLF 156
(Rev. 08/27/08)

# United States Bankruptcy Court
## Northern District of Mississippi

In re  **Holly Lynn Clayton**
**Benny Boyd Clayton** _____  Case No.  **18-13820**
                                     Debtor(s)         Chapter  **7**

TO:   CASE TRUSTEE via ECF
       U.S. TRUSTEE via ECF
       AFFECTED CREDITORS: **See Attached Matrix**

### (NOTICE TO EACH ADDED CREDITOR, TRUSTEE AND U.S. TRUSTEE

**PLEASE TAKE NOTICE** that the undersigned debtor(s) has filed an amendment to the bankruptcy schedules to add one or more additional creditors, which said amendment lists the creditor noticed hereby as an additional scheduled creditor in the above captioned bankruptcy case.

Within twenty-one (21) days of the date of this notice, the added creditor has the right to request of the U.S. Trustee, McCoy Federal Building, 100 W. Capitol Street, Suite 706, Jackson, Mississippi 39269, an adjourned §341(a) creditors' meeting (see copy of original meeting notice enclosed) if the added creditor wishes to examine the debtor(s) under oath.

The added creditor has the right within sixty (60) days of the date of this notice to file a complaint objecting to the discharge of the debtor(s), or a complaint to determine the dischargeability of a debt, or to file a motion requesting an extension of time to file such a complaint, unless a longer period of time is provided by the Federal Rules of Bankruptcy Procedure.

If this is a **CHAPTER 7, 12 OR 13** case and the attached §341 meeting notice contains language "Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So", then, you do not need to file a claim at this time. However, if the notice contains a Proof of Claim deadline, as an added creditor you have 70 days from the date of mailing of this notice to file a Proof of Claim.

If this is a **CHAPTER 11** case, you have the right to file a proof of claim by the bar date indicated on the attached §341 meeting notice or 30 days from the date of mailing of this notice, whichever is later.

**PLEASE TAKE NOTICE ALSO** that the undersigned debtor(s) and/or the debtor(s)' attorney is required to send a copy of the amended schedule to each added creditor, to the case trustee and to the U.S. Trustee.

/s/ Robert H. Lomenick
**Robert H. Lomenick 104186**
ATTORNEY FOR DEBTOR(S)

### CERTIFICATE OF SERVICE

I, **Robert H. Lomenick 104186**, Attorney for the above listed Debtor(s), do hereby certify that I have this date mailed a true and correct copy of the above Notice to Creditors, a copy of the §341 meeting notice, and the amended schedule(s) to the affected creditor(s), case trustee, if applicable, and U.S. Trustee at the above listed address(es).

THIS  **October 25, 2018**  .

/s/ Robert H. Lomenick
Attorney for Debtor

**Robert H. Lomenick 104186**
Name of Attorney

**126 North Spring Street**
**Post Office Box 417, Holly Springs, MS 38635**
Address

**662-252-3224**
Telephone Number

Baptist Medical Group
PO Box 405827
Atlanta, GA 30384-5800

Baptist Memorial Hospital
Post Office Box 17127
Memphis, TN 38187

BMH-Union County
PO Box 415000-MSC 410554
Nashville, TN 37241-5000

Eric D. Hutto, MD
2500 N State St
Jackson, MS 39216

Gastroenterology Associates of N MS
1208 Office Park Dr
Oxford, MS 38655-3597

Harvey Mason, MD
500 W Bankhead S
New Albany, MS 38652

Imaging Associates Of N MS Magnolia
PO Box 371863
Pittsburgh, PA 15250-7863

J.B.P. Pathology
PO Box 428
Oxford, MS 38655

Mid-South Anesthesia Consultants
7956 Vaughn Rd #165
Montgomery, AL 36116-6625

Priority Ambulance
9595 Macon Road
Cordova, TN 38016

Radiology Physicians Of New Albany
PO Box 4767
Jackson, MS 39296-4767

Southeastern Emergency Physicians
Post Office Box 740023
Cincinnati, OH 45274-0023

Thomas Shands, MD
300 Oxford Rd
New Albany, MS 38652